# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**CYNTHIA STOKES-MURRAY,**
              **Plaintiff,**

v.                                                                                            Case No. 09-C-1119

**KEITH MURRAY,**
              **Defendant.**

---

## DECISION AND ORDER

        Plaintiff Cynthia Stokes-Murray filed the present lawsuit against her husband, Keith Murray, alleging causes of action for intentional misrepresentation, intentional infliction of emotional distress, and promissory estoppel. Plaintiff alleges that defendant married her on January 18, 2002, but that he also married a second woman on February 6, 2004. For the first six years of their marriage, the parties lived in separate states. Plaintiff lived in Wisconsin and defendant lived in Missouri. Plaintiff alleges that after defendant took a second wife, he persuaded plaintiff to quit her job in Wisconsin and cohabitate with him in Missouri, promising to provide plaintiff with the same income and standard of living that she had enjoyed in Wisconsin. Upon her arrival in Missouri, plaintiff discovered that defendant had taken a second wife, and thus she returned to Wisconsin. However, plaintiff was unable to resume employment with her former employer. She has retained an accountant who calculates the present value of the damages she incurred as a result of giving up her career as $917,194.38. Plaintiff also claims $500,000 in emotional distress damages.

        Defendant has defaulted and the clerk has entered his default. Plaintiff now moves for default judgment in the amount of $1,417,194.38. Having reviewed plaintiff's

1

submissions, I will grant her motion.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for default judgment is **GRANTED**. The clerk shall enter final judgment in favor of plaintiff and against defendant in the amount of $1,417,194.38.

Dated at Milwaukee, Wisconsin, this 31 day of August, 2010.

/s_____
LYNN ADELMAN
District Judge